IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                     CRIMINAL NO. 4:13CR00322-01 DPM

JAMES CHADWICK RYAN MARTINEZ

### ORDER

Plea and Arraignment has been rescheduled for Tuesday, December 17, 2013 at 10:00 a.m. in Courtroom #1C, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, before U. S. Magistrate Judge J. Thomas Ray.

The Clerk is directed to issue summons for the hearing in this matter and the United States Marshal is directed to serve the summons on the above-named defendant.

IT IS SO ORDERED this 22nd day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE